FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 1 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE DEMOCRATIC NATIONAL COMMITTEE; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MICHELE REAGAN, in her official capacity as Secretary of State of Arizona and MARK BRNOVICH, Attorney General, in his official capacity as Arizona Attorney General, <br><br> Defendants-Appellees, <br><br> THE ARIZONA REPUBLICAN PARTY; et al., <br><br> Intervenor-Defendants-Appellees. | No. 18-15845 <br><br> D.C. No. 2:16-cv-01065-DLR District of Arizona, Phoenix <br><br> ORDER |

Before: THOMAS, Chief Judge, and O'SCANNLAIN, GRABER, W. FLETCHER, RAWLINSON, CLIFTON, BYBEE, CALLAHAN, MURGUIA, WATFORD and OWENS, Circuit Judges.

The en banc court has elected to decline original jurisdiction over this new appeal, but will retain jurisdiction over any subsequent en banc hearing, if any. The motion to refer the case to the original three judge panel is GRANTED. See General Order 3.6.b. The three judge panel has agreed to accept the new appeal as a comeback case. All other motions are referred to the three judge panel.