UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE DEMOCRATIC NATIONAL COMMITTEE; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>KATIE HOBBS, in her official capacity as Secretary of State of Arizona; et al.,<br><br>        Defendants-Appellees,<br><br>THE ARIZONA REPUBLICAN PARTY; et al.,<br><br>        Intervenor-Defendants-Appellees. | No. 18-15845<br><br>D.C. No. 2:16-cv-01065-DLR District of Arizona, Phoenix<br><br>ORDER |

    Pursuant to G.O. 5.1(b)(1), Judge Berzon has been drawn to replace Judge Graber. The en banc court now consists of THOMAS, Chief Judge, O'SCANNLAIN, W. FLETCHER, BERZON, RAWLINSON, CLIFTON, BYBEE, CALLAHAN, MURGUIA, WATFORD and OWENS, Circuit Judges.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7