**FILED**

FEB 11 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE DEMOCRATIC NATIONAL COMMITTEE; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> KATIE HOBBS, in her official capacity as Secretary of State of Arizona; MARK BRNOVICH, Attorney General, in his official capacity as Arizona Attorney General, <br><br> Defendants-Appellees, <br><br> THE ARIZONA REPUBLICAN PARTY; et al., <br><br> Intervenor-Defendants-Appellees. | No. 18-15845 <br><br> D.C. No. 2:16-cv-01065-DLR District of Arizona, Phoenix <br><br> **ORDER** |

Before: THOMAS, Chief Judge, and O'SCANNLAIN, W. FLETCHER, BERZON, RAWLINSON, CLIFTON, BYBEE, CALLAHAN, MURGUIA, WATFORD and OWENS, Circuit Judges.

Defendant-Appellee Arizona Attorney General Mark Brnovich's motion to stay the issuance of this Court's mandate pending application for writ of certiorari (Dkt. 124), filed January 31, 2020, is **GRANTED.** Fed. R. App. P. 41(b).

The mandate is stayed for a period not to exceed 90 days pending the filing of the petition for writ of certiorari in the Supreme Court. Should Defendant-Appellee file for a writ of certiorari, the stay shall continue until final disposition by the Supreme Court.