FILED

APR 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE DEMOCRATIC NATIONAL COMMITTEE; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> KATIE HOBBS, in her official capacity as Secretary of State of Arizona; MARK BRNOVICH, Attorney General, in his official capacity as Arizona Attorney General, <br><br> Defendants-Appellees, <br><br> THE ARIZONA REPUBLICAN PARTY; et al., <br><br> Intervenor-Defendants-Appellees, <br> _____ <br><br> STATE OF ARIZONA, <br><br> Intervenor-Pending. | No. 18-15845 <br><br> D.C. No. 2:16-cv-01065-DLR District of Arizona, Phoenix <br><br> ORDER |

Before: THOMAS, Chief Judge, and O'SCANNLAIN, W. FLETCHER, BERZON, RAWLINSON, CLIFTON, BYBEE, CALLAHAN, MURGUIA, WATFORD and OWENS, Circuit Judges.

The State of Arizona's motion to intervene [D.E. 128] is GRANTED.

Judge Owens dissents from this order.