FOR PUBLICATION

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE DEMOCRATIC NATIONAL COMMITTEE; DSCC, AKA Democratic Senatorial Campaign Committee; THE ARIZONA DEMOCRATIC PARTY,<br>    *Plaintiffs-Appellants*,<br><br>    v.<br><br>KATIE HOBBS, in her official capacity as Secretary of State of Arizona; MARK BRNOVICH, Attorney General, in his official capacity as Arizona Attorney General,<br>    *Defendants-Appellees*,<br><br>STATE OF ARIZONA,<br>    *Intervenor*,<br><br>THE ARIZONA REPUBLICAN PARTY; BILL GATES, Councilman; SUZANNE KLAPP, Councilwoman; DEBBIE LESKO, Sen.; TONY RIVERO, Rep.,<br>  *Intervenor-Defendants-Appellees*. | No. 18-15845<br><br>D.C. No.<br>2:16-cv-01065-DLR<br><br><br>ORDER |

On Remand from the United States Supreme Court

Filed August 30, 2021

Before: Sidney R. Thomas, Chief Judge, and Diarmuid F. O'Scannlain, William A. Fletcher, Marsha S. Berzon, Johnnie B. Rawlinson, Richard R. Clifton, Jay S. Bybee, Consuelo M. Callahan, Mary H. Murguia, Paul J. Watford, and John B. Owens, Circuit Judges.

Order

**COUNSEL**

Bruce V. Spiva, Marc E. Elias, Elisabeth C. Frost, and Amanda R. Callais, Perkins Coie LLP, Washington, D.C.; Daniel C. Barr and Sarah R. Gonski, Perkins Coie LLP, Phoenix, Arizona; Joshua L. Kaul, Perkins Coie LLP, Madison, Wisconsin; for Plaintiffs-Appellants.

Mark Brnovich, Attorney General; Joseph A. Kanefield, Chief Deputy and Chief of Staff; Brunn W. Roysden III, Division Chief; Oramel H. (O.H.) Skinner, Solicitor General; Kate B. Sawyer, Assistant Solicitor General; Katlyn J. Divis, Andrew G. Pappas, Joseph E. La Rue, and Karen J. Hartman-Tellez, Assistant Attorneys General; Office of the Attorney General, Phoenix, Arizona; for Defendants-Appellees.

Brett W. Johnson and Colin P. Ahler, Snell & Wilmer LLP, Phoenix, Arizona, for Intervenor-Defendants-Appellees.

## ORDER

The Supreme Court recently reversed the judgment in this case, and remanded it to this court for further proceedings. *Brnovich v. Democratic Nat'l Comm.*, 594 U.S. ___, 141 S. Ct. 2321 (2021). In light of the Supreme Court's decision, the judgment of the district court is **AFFIRMED**.

The copy of this order shall act as and for the mandate of this court.

**IT IS SO ORDERED.**